**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00391-CR

### LAWRENCE RAY WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55733-U**

## ORDER

The Court **GRANTS** the State's September 18, 2013 motion for extension of time to file

the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     LANA MYERS
          JUSTICE